16367, 16411.   MARSHALL *v.* SMITH; and *vice versa.*

LUKE, J.  The evidence of the plaintiff did not sustain the material allegations of her petition, and the court properly granted a nonsuit.
*Judgment on main bill of exceptions affirmed; cross-bill dismissed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JUNE 9, 1925.

Action for damages; from Bibb superior court—Judge Malcolm D. Jones. February 5, 1925.

*J. P. Burnett, H. F. Strohecker,* for plaintiff.

*Gillon & Churchwell,* for defendant.